UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WAYNE P. THOMAS,

                              Petitioner,                        ORDER

-against-

                                                                                    10-CV-1212 (CBA)

DUKE TERRELL, Warden, MDC Brooklyn,

                              Respondent.
-----------------------------------------------------------------X
AMON, United States District Judge:

      Petitioner Wayne P. Thomas, appearing pro se, who is currently detained at the Metropolitan Detention Center in Brooklyn, New York, moves this Court for his immediate release pursuant to 28 U.S.C. § 2241. Petitioner was convicted in the United States District Court for the District of Maryland, see United States v. Thomas, 91-CR-00212-WDQ, where petitioner has already challenged his conviction by filing a motion pursuant 28 U.S.C. § 2255. See Thomas v. United States, 01-CV-00206 (FNS).

      In his instant petition, Thomas argues that "the district court erred when denying [his] motion pursuant to 28 U.S.C. 2255," Pet. at 3, and that his "sentence should have been concurrent, instead of consecutive." Supp. Pet. at 1 (attaching a copy of the criminal judgment entered in the United States District Court for the District of Maryland). Section 2241 of Title 28 of the United States Code does not provide this Court with jurisdiction to reverse the decision of another district court. If Thomas wishes to challenge the decision of the United States District Court for the District of Maryland in denying his motion pursuant to 28 U.S.C. § 2255, he must bring such a challenge in the United States Court of Appeals for the Fourth Circuit.

      Accordingly, this case is dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of any appeal. See Coppedge v. United States, 369

U.S. 438, 444-45, 82 S. Ct. 917, 8 L.Ed.2d 21 (1962).

SO ORDERED.

Dated: Brooklyn, New York
April 1, 2010

/S/
Carol Bagley Amon
United States District Judge