UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

★ APR 13 2010 ★

BROOKLYN OFFICE

Wayne P. Thomas,
    Petitioner,

Versus,

Civil Case No:
10-CV-1212(CBA)

Duke Terrell, Warden,
    Respondent.

*Application denied So Ordered*
S/Judge Amon

MOTION FOR RE-CONSIDERATION OF COURT'S ORDER DATED

APRIL 1, 2010.

4/16/10

C/M

    COMES NOW Petitioner Wayne P. Thomas, Pro-se, from Metropolitan Detention Center, Brooklyn, New York, respectfully requesting this Honorable Court to re-consider court's order dated April 1, 2010. Petitioner Wayne P. Thomas thereof states the aleges:

    On or about March 8, 2010, Petitioner Wayne P. Thomas, filed his motion pursuant to 28 U.S.C. 2241 for immediate release.

    On or about March 15, 2010, Petitioner Wayne P. Thomas filed a supplemental brief to his motion pursuant to 28 U.S.C. 2241, for immediate release.

    Petitioner Wayne P. Thomas raised two issues as follows:

(1)

ISSUE ONE

THE DISTRICT COURT ERRED WHEN DENYING PETITIONER MOTION PURSUANT to 28 U.S.C. 2255, STATING THAT PETITIONER "CARRY A FIREARM IN RELATION TO A DRUG TRAFFICKING CRIME IN VIOLATION OF 18 U.S. 924(c)(1).

ISSUE TWO Due to an Intervening change of law, PETITIONER WAYNE THOMAS SENTENCE SHOULD HAVE BEEN CON-CURRENT, INSTEAD OF CONSECUTIVE, SEE, UNITED STATES-V_WILLIAMS, 558 F.3d 166 (SECOND CIRCUIT 2009).

This court only rendered a decision on Petitioner ISSUE ONE, and denied Petitioner motion.

This court did not rendered a decision on Petitioner ISSUE TWO.

In, Dye-v-Hofbauer, 546 U.S. 1, 3, (2005), (Per Curiam), Failure of a state appelate court to mention a federal claim does not mean that the claim was not presented to it." In, Dye, the petitioner's brief filed in state court clearly outlined specific allegations of prosecutorial misconduct and cited to federal constitutional provisions and supporting case laws. Id. The court held that the petitioner's claims were properly presented before the state court and directed the state court of appeals to address the claims on remand. (Remand)

Wherefore, Petitioner Wayne P. Thomas, respectfully requesting this Honorable Court to render a decision on his ISSUE TWO.

Respectfully Submitted,

*Wayne P. Thomas*

Wayne P. Thomas

(2)

                                    Metropolitan Detention Center
*WAYNE P. THOMAS 4-08-2010*
Register No. 25527-037
MDC Brooklyn, Cadre
Post Office Box 329002
Brooklyn, New York 11232

CC: Duke Terrell, Warden
    MDC Brooklyn, Cadre